**UNITED STATES DISTRICT COURT**
            **FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                        Case No. 04-cr-126-PB

**Jerry A. Shanahan**

## O R D E R

    The defendant, through counsel, has moved to continue the July 10, 2007 trial in the above case citing a heavy criminal docket and the need for additional time for defense counsel to procure transcripts and prepare for trial. The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 10, 2007 to September 5, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 29, 2007 final pretrial conference is continued to August 27, 2007 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 22, 2007

cc: Andrew Good, Esq.
William Morse, AUSA
United States Marshal
United States Probation